UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-153 (2) and (6) (DSD/TNL)

United States of America,

       Plaintiff,

v.

Omid Ngange Akale,
Temetrius Latonya Nickerson,       **ORDER**

       Defendants.

Manda M. Sertich, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government);

Paul J. Edlund, Paul Edlund Law, 220 South Sixth Street, Suite 1225, Minneapolis, MN 55402 (for Defendant Akale); and

Karlowba R. Adams Powell, Powell Law Office, 835 Geranium Avenue East, St. Paul, MN 55106 (for Defendant Nickerson).

Based upon the Report and Recommendation (R&R) by United States Magistrate Judge Tony N. Leung dated December 21, 2015 [Docket Nos. 229, 231], along with all the files and records, and no objections to said R&R having been filed, **IT IS HEREBY ORDERED** that:

1. The R&Rs [ECF Nos. 229 and 231] are adopted in their entirety.

2. Defendant Akale's Motion to Suppress Statement, (ECF No. 173) is **DENIED**.

3. Defendant Nickerson's Motion to Suppress Statements Obtained in Violation of Defendant's Constitutional Rights, (ECF No. 146) is **DENIED.**

Date:  January 29, 2016

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court